**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| National Lending Group, LLC, et al., | ) | No. CV 07-0024-PHX-PGR |
| Petitioners, | ) | |
| vs. | ) | |
| | ) | **ORDER SETTING SCHEDULING CONFERENCE** |
| Alberto R. Gonzales, et al. | ) | |
| Defendants. | ) | |

Pursuant to LRCiv 16.2, this action is designated a **standard track**[1] case.[2] Accordingly,

IT IS ORDERED that:

---

[1] Although this action does not meet the requirements of a standard track case, the Court considers this a modification of its Order Setting Scheduling Conference for such cases. Such a modification was necessary since the governing statute allows the Court to consider evidence outside the administrative record.

[2] The Local Rules for the District of Arizona, as amended effective December 1, 2006, and the Court's Electronic Case Filing Administrative Policies and Procedures Manual, may be found at **www.azd.uscourts.gov**. The Court expects counsel and unrepresented parties to familiarize themselves with the Local Rules as the Court will enforce them.
      Counsel are advised that the Chambers' e-mail box, established pursuant to the Court's CM/ECF rules, is to be used solely for the purpose of sending proposed orders to the Court, **and is NOT to be used as a means of communicating with Chambers' staff.**

1  (1) **THE LIMITATION ON THE COMMENCEMENT OF FORMAL DISCOVERY SET FORTH IN FED.R.CIV.P. 26(d) IS WAIVED - FORMAL DISCOVERY NOT ONLY MAY COMMENCE AT ANY TIME AFTER SERVICE OF PROCESS, BUT THE COURT EXPECTS DISCOVERY TO COMMENCE PRIOR TO THE SCHEDULING CONFERENCE.**

(2) Per the parties' agreement during the February 7, 2007 Hearing, the Defendants' Answer to the Petitioner's Complaint is due on or before **February 21, 2007.** The complete copy of the Administrative Record shall be filed contemporaneously therewith if available. If not, then the complete Administrative Record shall be filed as expeditiously as possible.

(3) Pursuant to Fed.R.Civ.P. 16(a), **a Scheduling Conference is set for Monday, April 30, 2007, at 1:30 p.m.**, **in Courtroom 601 of the Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003.** Lead counsel shall appear in person at the Scheduling Conference. At least one attorney for each party attending the conference shall have authority to enter into stipulations and make admissions regarding all matters which may be discussed.

(4) The parties are directed to meet, either in person or by telephone, at least **14 days** before the date for filing the Joint Case Management Report. **At this meeting, the parties are directed to formulate a joint proposed schedule that will facilitate the prompt adjudication of Plaintiff's Petition for _De_ _Novo_ Review.**[3] The Joint Case Management Report should include the following:

A. Pursuant to 18 U.S.C. § 923(f)(3), what evidence outside the administrative record, if any, the parties intend to submit for the Court's consideration along with a proposed date that such discovery will be completed.

---

[3] The provisions of paragraphs (4) and (5) of this Order are expressly intended to modify the provisions of Fed.R.Civ.P. 26(f) regarding the meeting of counsel and the filing of a proposed discovery plan.

1      B.    The proposed date that Petitioner's and Defendants' cross-motions for summary judgment, together with Statements of Material Fact in support thereof shall be due.

    C.    The proposed date that Petitioner's and Defendants' responses to the cross-motions for summary judgment shall be due.

    D.    The proposed date that the reply briefs from both parties shall be due.

    E.    The proposed date that the parties will be ready to present oral argument to the Court on the cross-motions for summary judgment.

    F.    If the action cannot be resolved by the cross-motions for summary judgment, the proposed date that the parties will be prepared to proceed with an evidentiary hearing.

(5) It shall be the responsibility of the Petitioner to timely initiate the communication necessary to prepare the Joint Case Management Report. **THE PARTIES AND THEIR COUNSEL ARE WARNED THAT APPROPRIATE SANCTIONS MAY BE IMPOSED PURSUANT TO FED.R.CIV.P. 16(f) AND FED.R.CIV.P. 37(b)(2) IF THERE IS A FAILURE TO TIMELY COMPLY WITH THIS ORDER OR IF THERE IS A FAILURE TO ATTEND THE SCHEDULING CONFERENCE.** If a party or counsel believes that good cause exists to continue the deadline for filing the Joint Case Management Report and the Scheduling Conference date, it shall be that person's responsibility to formally seek such a continuance <u>prior</u> to the date for filing the Joint Case Management Report.[4]

(6) **THE PARTIES SHALL FILE WITH THE COURT, NOT LESS THAN FOURTEEN (14) CALENDAR DAYS BEFORE THE SCHEDULING**

---

[4] In order to conserve scarce judicial resources, the parties are directed to promptly inform the Court if they are involved in negotiations which they reasonably believe may make the resolution of <u>any pending motion</u> unnecessary.

- 3 -

1  **CONFERENCE, A "JOINT CASE MANAGEMENT REPORT"**
2  **REFLECTING THE RESULTS OF THEIR DISCUSSIONS.**[5]

3  (7)  After the Scheduling Conference, the Court will enter a Scheduling Order, which shall control the course of this action, unless modified by subsequent order. This Court views this Scheduling Conference as critical to its case management responsibilities and those of the parties, and the parties are cautioned that the <u>deadlines set at this conference shall be enforced and that no amendments to the Scheduling Order shall be made without a court order</u>.

9  (8)  **The parties shall satisfy the filing requirement of Fed.R.Civ.P. 26(a)(4) by filing with the Clerk of the Court a notice of disclosure - no copies of any actual disclosures shall be filed with the Court. (See LRCiv 5.2).**

12  DATED this 15th day of February, 2007.

*/s/ Paul G. Rosenblatt*
Paul G. Rosenblatt
United States District Judge

---

[5] For purposes of the Court's CM/ECF system, the Joint Case Management Report is to be e-filed under the heading of "Report re: Rule 26(f) Planning Meeting."
      The report is to be signed in accordance with the "Multiple Signatures" provision of the Electronic Case Filing Administrative Policies and Procedures Manual.