**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| National Lending Group, L.L.C., et al., <br><br>           Plaintiffs, <br><br>     vs. <br><br> Alberto R. Gonzales, et al., <br><br>           Defendants. | No. CV-07-0024-PHX-PGR <br><br> ORDER |

IT IS ORDERED that the Parties' Joint Motion to Extend Briefing Schedule (doc. #35) is granted to the extent that the briefing deadlines on the parties' cross-motions for summary judgment are vacated, and the hearing on the parties' cross-motions for summary judgment set for December 17, 2007 is vacated, with new briefing deadlines and a new hearing date to be set after the resolution of the plaintiffs' pending Motion to Compel Discovery.

DATED this 12th day of October, 2007.

Paul G. Rosenblatt
United States District Judge